ORIGINAL

Scott Brooksby, OSB #95056
E-Mail: scott.brooksby@bullivant.com
Matthew C. Casey, OSB #98195
E-Mail: matt.casey@bullivant.com
BULLIVANT HOUSER BAILEY PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, OR 97204-2089
Telephone: (503) 228-6351
Facsimile: (503) 295-0915

RECVD '04 JUL 07 15:00 USDC-ORP

FILED '04 JUL 12 16:19 USDC-ORP

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

BETTE WIDDER,

Plaintiff,

v.

DEPUY ORTHOPAEDICS, INC.
and JOHNSON & JOHNSON,

Defendants.

Civil No. 04-CV-236-HU

**STIPULATED JUDGMENT OF
DISMISSAL**

Pursuant to FRCP 41 and the stipulation of the parties to this action, by and through their counsel of record,

IT IS HEREBY ORDERED and ADJUDGED, that this action is dismissed with prejudice and without costs and attorney fees to any party.

DATED this ___12th___ day of ___July___, 2004.

_____
United States Magistrate Judge

Bullivant|Houser|Bailey PC

888 SW Fifth Avenue, Suite 300
Portland, Oregon 97204-2089
Telephone (503) 228-6351

STIPULATED JUDGMENT OF DISMISSAL
**Page 1**

**IT IS SO STIPULATED:**

SWANSON, THOMAS & COON

By_____

Rick Klingbeil, OSB #93332
*Attorneys for Plaintiff*


BULLIVANT HOUSER BAILEY PC

By_____

Scott Brookby, OSB #95056
*Attorneys for Defendants*


10067495.1

**Bullivant|Houser|Bailey PC**

888 SW Fifth Avenue, Suite 300
Portland, Oregon 97204-2089
Telephone (503) 228-6351

**STIPULATED JUDGMENT OF DISMISSAL**
**Page 2**

## CERTIFICATE OF SERVICE

I, Scott Brooksby, certify that on July 7, 2004, I served the foregoing **STIPULATED JUDGMENT OF DISMISSAL** on the attorney of record herein, by mailing to said attorney a true copy thereof, contained in a sealed envelope, with postage prepaid, addressed to said attorney's last known address as shown below, and deposited in the post office at Portland, Oregon.

Rick Klingbeil
Swanson, Thomas & Coon
621 SW Morrison St., Ste. 900
Portland, OR  97205
  *Attorneys for Plaintiff*

DATED this 7th day of July, 2004.

By_____
  Scott Brooksby, OSB #95056
Attorneys for Defendants

10020367.1

Page 1 – CERTIFICATE OF SERVICE

**Bullivant|Houser|Bailey PC**

888 SW Fifth Avenue, Suite 300
Portland, Oregon 97204-2089
Telephone (503) 228-6351